SCANNED at WVCF and Emailed on
3-16-23 by DL, 33 pages.
(date) (Initials) (num)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

Dianta Williams,
  Plaintiff,

vs.

Frank Vanihel,
  Defendant,

(Enter above the full name of the Defendant(s) in this action.)

Case No.: 2:23-cv-00121-JRS-MG
(TO BE SUPPLIED BY THE CLERK)

**FILED**
**03/16/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT

## I. PARTIES

The names and addresses of each plaintiff and defendant are as follows:

A. Plaintiff:
   Name: Dianta Williams
   Identification Number: 249222
   Address: WVCF PO Box 1111
   Carlisle, IN 47838-1111

B. Defendant(s):
   Name: Frank Vanihel
   Title: Warden
   Address: WVCF PO Box 1111
   Carlisle, IN 47838-1111

   Name: Jay Hendrix
   Title: Sanitation Director
   Address: WVCF PO Box 1111
   Carlisle, IN 47838-1111

BK3

1.

Name _Christopher Holcomb_
Title _Lieutenant/ Zone Supervisor_
Address _WVCF PO Box 1111_
_Carlisle, IN 47838-1111_

(Identify additional plaintiffs and defendants on a separate sheet of paper using this same outline)

## II. STATEMENT OF JURISDICTION AND PREVIOUS LAWSUITS:

Jurisdiction over this action exists in the United States District Court for the Southern District of Indiana because _The issue I'm suing About occured in Terre Haute Division Pursuant to 42 U.S.C. §§ 1331(1) and 1343 This court has Jurisdiction over this matter_

If the same facts alleged or claims made in this suit have been previously presented to any other state or federal court in an earlier suit, for each such earlier suit identify the parties, the Court in which it was filed, the docket number assigned to the suit, the status of such earlier suit, (for example: pending, dismissed, set for trial, on appeal, etc.). and the nature of the disposition if the earlier case is closed.

_The Above Info does not Apply_

## IV. CAUSE OF ACTION

State which of your constitutional or federal rights, privileges or immunities have been violated and summarize in one or two sentences <u>what the defendant(s) did to violate your rights in that regard.</u> If you are claiming that more than one of your constitutional rights were violated, use a separate paragraph (ground) for each right, privilege or immunity which was violated. If you have more than three (3) grounds, identify them in a separate attached piece of paper.

BK3

Ground 1: Violation of my 1st, 5th, 8th, 14th Amendment rights under U.S.C. due to deliberate Indifference of substantial risk of Health & safety.

Ground 2: _____

Ground 3: _____

(Identify additional grounds on a separate sheet of paper)

## V. STATEMENT OF FACTS

State here the FACTS of your case. You should outline both the facts on which your suit is based and the particular role of each defendant in those circumstances.

I came to Wabash Valley Corr. Facility on 12-17-19 in was placed in SCU on 4-20-22 I was placed in Cell A-1203 And there was black mold in my cell And in the showers

BK3

3.

That caused me several health problems such as respristory trouble, vomitting, HeadAches, eye irratation I have asthma And use an inhaler since being on A-1200 my Asthma has worsen And I have to use my inhaler more frequently Also I have been experiencing sever Chest pains And coughing up blood & mucus. I have sent Frank Vanihel, Jay Hendrix, And Lt. Chris Holcomb multiple request to have mold in my cell cleaned Also to have mold in my Shower clean Around or About June of 2022 Everyone was moved from A1200 range So the rooms could be pressure wash'd And we were placed back weeks later 3 weeks After being placed back in A-1203 mold began to grow back in my cell And the Shower. I was the Sanitation detail worker And used all the

Cleaning material that were provided such as germicide, shower brush, mop, broom. All these were ineffective in getting rid of the mold in my cell or the shower so I continued to write Frank Vanihel, Jay Hendrix, And Lt. Holcomb to tell them that the mold had grown back. And it was causing me & others severe head problem all my request went ignored And I was never provide Adaquate cleaning material to combat the mold growth I went to medical about my symptoms and they told me to just keep using my inhaler and never did anything else to Address all the symetoms I was having I filed a grievance on 10-30-22 see pg's ( 9 ) to Address the issue I recieved response back on 11-22-22 see pg's ( 10 ) where Lt. Holcomb said " Cell Cleaning is offered 2 times a Weekly including Chemicals & Supplies to Clean with. I had all cells power washed this year on A-1200 range

I Appealed the decision the same day And filed 1st level appeal on 11-27-22 see. pg's (   ). My Appeal was Denied and Disagreed with decision And sent 2nd level appeal on 12-5-22 see pg's (   ) Exhausting all Administrative remedies. Nothing was ever done to Address the mold issue Which is wide spread in the facility Several Individuals have had mold tested by a microbial company called Enviro Health Consulting Inc. Also Hayes microbial consulting And the mold came back Positive for 3 types of Black mold, Aspergillus, Stachybotrys, Cladosporium Frank Vanihel, Jay Hendrix and Lt. C. Holcomb were made aware And nothing was done Showing deliberate indifference to my Health & safety. I was given a sworn Declaration from Rafael Walker as well as copy of his mold test results see. pg's (16,19,18,24,17 20,21,22,23,24,25). The black mold in the facility has caused myself And many others severe health problems The Defendants refuse to do Anything about. So Defendants Should be held liable under the 1st, 5th, 8th, 14th

6.

Admendments of U.S.C.

Warden Frank Vanihel is being sued in his Individual & official capasity for violating my 1st, 5th, 8th, 14th Admendment for showing deliberate Indifference to my Health & Safety And not taking all necessary steps to eliminate mold in my cell and shower. Lt. Chris Holcomb is being sued in his individual capasity for violating my 1st, 5th, 8th, 14th Admendment for showing deliberate Indifference to my Health & Safety and not taking all necessary steps to eliminate mold in my cell and shower. Jay Hendrix is being sued in his Individual Capasity for violating my 1st, 8th, 5th, 14th Admendment for showing deliberate indifference to my Health & Safety by not taking all necessary steps to eliminate mold in my cell & shower.

7.

## Declaration

I Rafael Walker hereby swear under the penalty of perjury pursuant to 28 U.S.C. § 1746 the following is true:

I sent several different samples of mold collected from my cell & Micheal Hickingbottom to Eviro Health Consulting. Ms. May Dooley than sent samples to Hayes Microbial Consulting the black mold came back as aspergillus, Cladosporium, Stachybotrys I made Lt. Holcomb, Frank Vanihel, Jay Hendrix all aware of results And nothing was done I have been having severe health problems from the black mold. I am giving Mr. Dianta Williams copies of my mold test result to use as Evidence in his lawsuits. I will testify under oath at trail or Any part of civil process if called to Affiant further saith not.

2-2-23
Date

Rafael Walker
Affiant

15

## VI. RELIEF

State exactly what relief or action you are requesting through this lawsuit.

$5,000,000.00 in total damages

## AFFIRMATION OF PLAINTIFF

I, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in this complaint and that I believe them to be true and correct to the best of my personal knowledge and belief.

Signed this _____ day of _____, 20___.

Dianta Williams
Plaintiff

BK3

2 6