UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DIANTA WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:23-cv-00121-JRS-MG |
| FRANK VANIHEL, et al., | ) ) ) |
| Defendants. | ) ) |

**FINAL JUDGMENT**

The court now enters FINAL JUDGMENT.

The action is **dismissed with prejudice.**

Date: 3/27/2025

Kristine L. Seufert, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

DIANTA WILLIAMS
249222
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
P.O. Box E
NEW CASTLE, IN 47362

All Electronically Registered Counsel